# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for THE BUCKHEAD COMMUNITY BANK, )<br><br>Plaintiff, )<br><br>v. )<br><br>R. CHARLES LOUDERMILK, SR., et al., )<br><br>Defendants. ) | **CIVIL ACTION FILE NO.:**<br><br>**1:12-CV-04156-TWT**<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION OF DISMISSAL OF JEAN BOWERS MARGESON, EXECUTOR OF THE ESTATE OF JOHN D. MARGESON

COME NOW the parties herein pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and stipulate and agree to dismiss Jean Bowers Margeson ("Margeson"), Executor of The Estate of John D. Margeson, from the above-captioned action with prejudice, and to amend the case caption to remove this Defendant.

Plaintiff and Defendant Margeson will bear their own costs as to the dismissed claims. This action remains pending as to all other parties named herein.

Defendants' stipulation and agreement to the dismissal of Defendant Margeson is expressly without waiver of their apportionment of fault arguments, if

any, under O.C.G.A. § 51-12-33, and applicable case law.

Respectfully submitted, this 1st day of July, 2016.

Consented to and stipulated to by:

| **SHINGLER LEWIS LLC** | **ALSTON & BIRD** |
|---|---|
| /s/ Joyce Gist Lewis | /s/ Robert R. Long |
| **JOYCE GIST LEWIS** | **ROBERT R. LONG** |
| Georgia Bar No. 296261 | Georgia Bar No. 141546 |
| **GEORGE P. SHINGLER** | **THEODORE J. SAWICKI** |
| Georgia Bar No. 642850 | Georgia Bar Number 627851 |
| **ASHLEY E. WILSON** | **ELIZABETH GINGOLD CLARK** |
| Georgia Bar No. 771512 | Georgia Bar No. 917979 |
| 1230 Peachtree Street | **LAUREN TAPSON** |
| Suite 1075 | Georgia Bar No. 763604 |
| Atlanta, GA 30309 | 1201 West Peachtree Street |
| 404-907-1999 | Atlanta, Georgia 30309-3424 |
| jlewis@shinglerlewis.com | Phone: (404) 881-7000 |
| gshingler@shinglerlewis.com | Fax: (404) 881-7777 |
| awilson@shinglerlewis.com | robert.long@alston.com |
| | tod.sawicki@alston.com |
| *Attorneys for Plaintiff Federal Deposit Insurance Corporation as Receiver for Buckhead Community Bank* | elizabeth.clark@alston.com |
| | lauren.tapson@alston.com |
| | *Attorneys for Defendants* |

2

## CERTIFICATE OF SERVICE

This is to certify that on this 1st day of July, 2016, a true and correct copy of the foregoing STIPULATION OF DISMISSAL OF JEAN BOWERS MARGESON, EXECUTOR OF THE ESTATE OF JOHN D. MARGESON was served upon all counsel and/or parties of record by electronic mail transmission as follows:

Robert R. Long
Theodore J. Sawicki
Elizabeth Gingold Clark
Lauren Tapson
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
robert.long@alston.com
tod.sawicki@alston.com
elizabeth.clark@alston.com
lauren.tapson@alston.com

SHINGLER LEWIS LLC

/s/ Joyce Gist Lewis
**JOYCE GIST LEWIS**

1230 Peachtree Street
Suite 1075
Atlanta, GA 30309
404-907-1999
jlewis@shinglerlewis.com