IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Federal Deposit Insurance Corporation as receiver for The Buckhead Community Bank<br><br>    Plaintiff(s)<br><br>v.<br><br>Hugh C. Aldredge, David B. Allman, Marvin Cosgray, Louis J. Douglass, III, R. Charles Loudermilk, Sr., Larry P. Martindale, Darryl L. Overall, Gregory W. Holden,<br><br>    Defendants | CIVIL ACTION NO.<br>1:12cv4156-TWT |

## JUDGMENT

This action came before the court for a trial by jury. The issues having been tried and the jury having rendered its verdict in favor of the Defendants and against the Plaintiff as to the following claims: LOAN NO. 1 - BROOKHAVEN INVESTORS, LLC; LOAN NO. 3 - PRESIDENTIAL ARENA, INC.; LOAN NO. 4 - T&L UPCHURCH, LLC; LOAN NO. 5 - TH PARTNERS; LOAN NO. 7 - LAUREL COMMONS II, LLC; LOAN NO. 9 - TJ INVESTMENT GROUP, LLC (2007);

It is Ordered and Adjudged that as to these claims that Plaintiff take nothing, that the action be dismissed.

The issues having been tried and the jury having rendered its verdict in favor of the Plaintiff Federal Deposit Insurance Corporation as receiver for The Buckhead Community Bank and against certain Defendants as to the following claims.

Against defendants Hugh C. Aldredge, David B. Allman, Marvin Cosgray, Louis J. Douglass, III,R. Charles Loudermilk, Sr.,  Larry P. Martindale, Gregory W. Holden,  as to LOAN NO. 2 - JOY BUILT HOMES, INC.  in the amount of $246,252.00 as compensatory damages.

Against defendants Hugh C. Aldredge, David B. Allman, Marvin Cosgray, Louis J. Douglass, III, R. Charles Loudermilk, Sr.,  Larry P. Martindale, Darryl L. Overall as to  LOAN NO. 6 - HUBBARD TOWN 32, LLC in the amount of $1,098,918.00 as compensatory damages.

Against defendants  Hugh C. Aldredge, David B. Allman, Marvin Cosgray, Louis J. Douglass, III,R. Charles Loudermilk, Sr.,  Larry P. Martindale as to LOAN NO. 8 - POPE ROAD DEVELOPMENT, LLC in the amount of $3,403,922.00 as compensatory damages.

Against defendants Hugh C. Aldredge, David B. Allman, Marvin Cosgray, Louis J. Douglass, III,R. Charles Loudermilk, Sr.,  Larry P. Martindale as to LOAN NO. 10 - TJ INVESTMENT GROUP, LLC (2008) in the amount of $237,901.00 as compensatory damages.

Judgment is hereby entered in favor of the Plaintiff Federal Deposit Insurance Corporation, as receiver for The Buckhead Community Bank and against the Defendants as indicated above, plus costs and interest at the legal rate from the date of this judgment to the date payment made in full.

October 26, 2016

JAMES N. HATTEN, Clerk

By /s/Sheila T. Sewell
      Deputy Clerk