# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for THE BUCKHEAD COMMUNITY BANK,

    Plaintiff,

v.

R. CHARLES LOUDERMILK, SR., HUGH C. ALDREDGE, DAVID B. ALLMAN, MARVIN COSGRAY, LOUIS J. DOUGLASS III, GREGORY W. HOLDEN, LARRY P. MARTINDALE, DARRYL L. OVERALL,

    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**CASE NO: 1:12-CV-04156-TWT**

## <u>NOTICE OF APPEAL</u>

Notice is hereby given that Defendants in the above-captioned action hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the portion of the final judgment entered in favor of Plaintiff on October 26, 2016 (ECF No. 207), the Order granting Motion in Limine Regarding Intervening Superseding Cause entered in this action on October 5, 2016 (ECF No. 175); and the Order Denying Motion to Strike and Sustaining Plaintiff's Objection to

Defendants' Request for Apportionment entered in this action on October 6, 2016, (ECF No. 180).

Dated:  November 23, 2016.

/s/ Robert R. Long
Robert R. Long
Georgia Bar No. 141546
*robert.long@alston.com*
Theodore J. Sawicki
Georgia Bar Number 627851
*tod.sawicki@alston.com*
Elizabeth Gingold Clark
Georgia Bar No. 917979
*elizabeth.clark@alston.com*
Lauren E. Tapson
Georgia Bar Number 763604
*lauren.tapson@alston.com*
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA  30309-3424
Tel. (404) 881-7000
Fax (404) 881-7777

**Attorneys for Defendants**

## LOCAL RULE 7.1D CERTIFICATION

By signature below, counsel certifies that the foregoing document was

prepared in Times New Roman, 14-point font in compliance with Local Rule 5.1B.

/s/ Robert R. Long
Robert R. Long (Georgia Bar #141546)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 23rd day of November, 2016, I

electronically filed the foregoing NOTICE OF APPEAL with the Clerk of Court

using the CM/ECF system, which will automatically send notification of such

filing upon Counsel of Record as follows:

Charles B. Lee
Laura Elizabeth Ashby
Michael Paul Kohler
Curtis J. Martin II
Jennifer B. Grippa
MILLER & MARTIN, PLLC
Suite 2100
1180 West Peachtree Street, NW
Atlanta, GA 30309-3407
*clee@millermartin.com*
*lashby@millermartin.com*
*mkohler@millermartin.com*
*cmartin@millermartin.com*
*jgrippa@millermartin.com*

Ellis A. Sharp
STOKES, WILLIAMS, SHARP,
DAVIES, COPE & MANN
Suite 100
P. O. Box 2644
920 Volunteer Landing Lane
Knoxville, TN 37901
*sandy@stokeswilliams.com*

George P. Shingler
Joyce Gist Lewis
Ashley Wilson
SHINGLER LEWIS LLC
1230 Peachtree Street, NE
Suite 1075
Atlanta, GA 30309
*gshingler@shinglerlewis.com*
*jlewis@shinglerlewis.com*
*awilson@shinglerlewis.com*

/s/ Robert R. Long
Robert R. Long (Georgia Bar #141546)
*robert.long@alston.com*