**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for THE BUCKHEAD COMMUNITY BANK, ]

]

Plaintiff, ]

] **CIVIL ACTION FILE NO.**

v. ]

] **1:12-CV-4156-TWT**

R. CHARLES LOUDERMILK, SR., ]
HUGH C. ALDREDGE, DAVID B. ]
ALLMAN, MARVIN COSGRAY, ]
LOUIS J. DOUGLASS III, GREGORY W. ]
HOLDEN, LARRY P. MARTINDALE, ]
and DARRYL L. OVERALL, ]

]

Defendants. ]

## SATISFACTION OF JUDGMENT

TO: THE CLERK AND ALL PARTIES OF RECORD

Plaintiff Federal Deposit Insurance Corporation as Receiver for The

Buckhead Community Bank ("FDIC-R") provides notice with respect to the

Judgment entered in this proceeding on October 26, 2016 [Doc. No. 207]

("Judgment") that FDIC-R never sold, conveyed, or otherwise transferred the

Judgment; the Judgment has been paid in full and otherwise fully satisfied; the

Clerk of Court is hereby authorized and directed to mark the Judgment as

"Satisfied and Paid In Full" and to so indicate on the docket; and any and all writs

of execution issued with respect to the Judgment are canceled in all respects.

DATE:        April 16, 2021              /s/ J. S. Tonkinson
                                         Stuart Tonkinson
                                         Federal Deposit Insurance Corporation
                                         3501 Fairfax Drive
                                         Arlington VA 22226
                                         (214) 673-7549
                                         jtonkinson@fdic.gov

                                         ATTORNEY FOR PLAINTIFF